WILLIAM W. KOUWENHOVEN et al., Appellants, *v.* NEW
YORK RAPID TRANSIT CORPORATION et al., Respondents.

Argued October 19, 1939; decided November 14, 1939.

*Alfred J. Talley, Gerard D. Evers* and *James A. McKaigney* for appellants.

*Trabue Carswell* and *W. Harry Sefton* for New York Rapid Transit Corporation, respondent.

*Herman Ovberg* for Philip Ovberg et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.